STATE v. HATCHER

No. 608P94

Case below: 117 N.C.App. 78

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 9 February 1995. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 February 1995.

STATE v. HOLLAND

No. 17P95

Case below: 117 N.C.App. 306

Notice of appeal by defendant (substantial constitutional question) dismissed 9 February 1995. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 February 1995.

STATE v. JACOBS

No. 612P94

Case below: 117 N.C.App. 140

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 9 February 1995. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 February 1995.

STATE v. JOHNSON

No. 578P94

Case below: 116 N.C.App. 736

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 9 February 1995. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 February 1995.

STATE v. JONES

No. 435A90

Case below: 339 N.C. 114

Motion by defendant for reconsideration of opinion denied 17 January 1995. Motion by defendant for temporary stay of mandate denied 17 January 1995.